

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00252-CV

| | | |
|---|---|---|
| Joseph & Debra Domino | § | From the 48th District Court |
| | § | of Tarrant County (048-262694-12) |
| v. | § | July 24, 2014 |
| | § | Clerical error corrected March 30, 2015 |
| Allmand & Lee, PLLC, Chris Lee, and Weldon R. Allmand | § | Opinion by Justice McCoy |

## CORRECTED JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Terrie Livingston_____
     Chief Justice Terrie Livingston